In the Matter of MAX BECKER, Appellant, against FRANCIS J. SINNOTT, as Clerk of the County Court of Kings County, et al., Respondents.

Submitted June 1, 1948; decided July 16, 1948.

*Miles F. McDonald, District Attorney (David Diamond* of counsel), for motion to dismiss appeal.

*Max Becker,* in person, for motion for leave to appeal.

Motion to dismiss appeal granted and appeal dismissed. Motion for leave to appeal denied.